JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATALISSA M. SHOULDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Respondents. | Case No. CV 16-7901-CJC (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 21, 2016

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE